■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. GHENT, III, Appellant. [24 NYS3d 558]—Motion for writ of error coram nobis and for other relief denied. Present—Whalen, P.J., Centra, Peradotto, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS B. WORTH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WORTH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WORTH, Appellant. [24 NYS3d 558]—Motion for reargument and for other relief denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and Scudder, JJ.

■ JANICE A. McDONELL et al., Respondents, v WAL-MART STORES, INC., et al., Appellants. [24 NYS3d 558]—Motion for leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Centra, Peradotto and Lindley, JJ.

■ In the Matter of JAMES E. DONOHUE, Appellant, v TANYA M. DONOHUE, Respondent. [24 NYS3d 559]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley and DeJoseph, JJ.

■ DEBRA L. SHERMAN, Appellant, v STEVE J. HEROD, Respondent. [24 NYS3d 559]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P, Peradotto, Lindley and Scudder, JJ.